

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
sbrauerman@bayardlaw.com

December 20, 2012

**VIA ELECTRONIC FILING**

The Honorable Judge Sue L. Robinson  
The United States District Court for the District of Delaware  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801-3568

Re:   *LED Tech Development LLC v. Coleman Company, Inc.*, C.A. No. 12-1259-SLR  
      *LED Tech Development LLC v. Home Depot USA Inc.*, C.A. No. 12-1260-SLR  
      *LED Tech Development LLC v. Apple Inc.*, C.A. No. 12-1316-SLR  
      *LED Tech Development LLC v. Samsung Elecs. Am., Inc. et al.*, C.A. No. 12-1325-SLR  
      *LED Tech Development LLC v. Fujitsu America, Inc., et al.*, C.A. No. 12-1443-SLR

Dear Judge Robinson:

I write on behalf of LED Tech Development LLC ("LED Tech") to advise the Court that, after conferring with all Defendants in the above referenced matters, except for Fujitsu, Ltd., which has not yet been served, and in response to the Court's December 7, 2012 Order, LED Tech anticipates the need to coordinate the scheduling of these cases for discovery and *Markman* proceedings, without formally consolidating them. The parties respectfully request that the Court schedule a joint Rule 16 Scheduling Conference at the Court's earliest convenience after February 5, 2013. Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

Respectfully submitted,

/s/ *Stephen B. Brauerman*

Stephen B. Brauerman (sb4952)

cc:   All counsel

