**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LED TECH DEVELOPMENT, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 12-1316-SLR |
| APPLE INC., | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, LED Tech Development, LLC ("Led Tech"), and defendant Apple Inc. ("Apple"), through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a), that all claims and counterclaims in this action between LED Tech and Apple be, and upon approval are, dismissed WITH PREJUDICE, each party to bear its own costs, expenses and attorneys' fees.

July 26, 2013

BAYARD, P.A.

*/s/ Richard D. Kirk*
Richard D. Kirk (No. 0922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff LED Tech*
*Development, LLC*

POTTER ANDERSON & CORROON LLP

*/s/ Bindu A. Palapura*
Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Apple, Inc.*

SO ORDERED this ___ day of _____, 2013.

_____
The Honorable Sue L. Robinson
United States District Judge